UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY ANNE VANDAM,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
    _____/

Case No. 1:04-cv-538

Hon. Wendell A. Miles

**JUDGMENT APPROVING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On July 19, 2005, United States Magistrate Judge Hugh W. Brenneman, Jr., issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be affirmed in this matter. The plaintiff, Mary Anne VanDam, filed objections to the R & R on July 29, 2005. The Commissioner filed a response on August 4, 2005.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, the relevant portions of the file, plaintiff's objections, and the response of the Commissioner, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R. Therefore, the court hereby approves and adopts the R & R as the decision of the court. The final decision of the Commissioner of Social Security is affirmed. Plaintiff's claim for Disability Insurance Benefits is denied.

**IT IS SO ORDERED.**

Date: <u>August 31, 2005</u>                                               /s/ Wendell A. Miles
                                                                                          Wendell A. Miles
                                                                                          Senior U.S. District Judge